UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KAREN SUE BLUM, | ) Case No. 18-30325-JCW |
| | ) Chapter 7 |
| Debtor | ) |
| | ) |

TRUSTEE'S REPORT OF INITIAL DEPOSIT

A. Burton Shuford, the duly qualified and acting trustee herein, respectfully represents:

1. That the Trustee has received $7,761.93 representing all current funds of the estate of the above named debtor(s).  He has opened an account for the estate at Integrity Bank and deposited the monies so received into that account on May 15, 2018.

2. The deposit in said bank is fully insured by the Federal Deposit Insurance Corporation, an instrumentality of the United States.

Dated:  May 15, 2018

/s/ A. Burton Shuford
A. Burton Shuford, Trustee
NCBN 010035
A. Burton Shuford Attorney at Law
4700 Lebanon Road, Suite A-2
Mint Hill, NC 28227
(980) 321-7001