UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | ) | |
| --- | --- | --- |
| | ) | Case No. 18-30325-JCW |
| KAREN SUE BLUM, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

EX PARTE APPLICATION TO DEPOSIT TO THE REGISTRY FUND

Applicant respectfully shows:

1. This is a bankruptcy case in which the applicant is the Trustee.

2. The check shown below disbursed by the Trustee in this case, has remained uncashed for ninety (90) days after the date of distribution of the final dividend:

| Check # | Name & Address | Check Amount |
| --- | --- | --- |
| 5018 | Karen Sue Blum<br>12333 Sandringham Place<br>Charlotte, NC  28262 | $28,948.81 |

3. Pursuant to the provisions of 11 U.S.C., Section 347, undistributed funds that remain uncashed after ninety (90) days are to be deposited to the United States Registry Fund.

WHEREFORE, applicant respectfully prays that he be allowed to deposit with the Clerk of Bankruptcy Court, 401 W. Trade Street, Charlotte, North Carolina, 28202, in the Registry Fund, the sum of $28,948.81.

This the 1st day of March, 2021.

/s/ A. Burton Shuford
A. Burton Shuford, NC Bar No. 010035
4700 Lebanon Road, Suite A-2
Mint Hill, NC  28227
(980) 321-7000
Email:  bshuford@abshuford.com
*Attorney for the Trustee*