



J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | Case No.  18-30325-JCW |
| KAREN SUE BLUM, | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

EX PARTE ORDER APPROVING APPLICATION TO DEPOSIT TO THE REGISTRY FUND

THIS CAUSE coming to be heard upon the application of the Trustee to deposit the sum of $28,948.81 the following check, which remained uncashed after ninety (90) days from the date of distribution of the final dividend, to the registry fund:

| Check # | Name & Address | Check Amount |
|---|---|---|
| 5018 | Karen Sue Blum<br>12333 Sandringham Place<br>Charlotte, NC  28262 | $28,948.81 |

Pursuant to the provisions of 11 U.S.C., Section 347, undistributed funds that remain uncashed after ninety (90) days are to be deposited to the United States Registry Fund.

AND for good cause shown, it is ORDERED that the aforementioned sum shall be paid into the Court and disposed of pursuant to Chapter 129 of Title 28.

*This Order has been signed electronically.*            *United States Bankruptcy Court*
*The judge's signature and court's seal*
*appear at the top of the Order.*