**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

IN RE:

| | |
|---|---|
| Karen Sue Blum | } Case No.: 18-30325 |
| | } |
| | } Chapter 7 |
| | } |
| | } |
| | } |
| Debtor | |

**BANKRUPTCY ADMINISTRATOR'S CERTIFICATION OF**
**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**AND APPLICATION TO BE DISCHARGED**

1. Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under title 11 of the United States Code. This Certification is filed pursuant to that authority.

2. The Bankruptcy Administrator hereby certifies that the Office of the Bankruptcy Administrator has reviewed the Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate has been Fully Administered and Application to be Discharged along with canceled checks and bank statements filed by the Trustee in the above-referenced case.

3. The undersigned certifies that an audit has been conducted to ensure that the distribution is in accordance with the Order Approving Final Report and Accounting and the Bankruptcy Administrator finds no basis upon which to raise any objection or reservation regarding any aspect of the same.

The undersigned further moves that this case be closed.

Date: June 11, 2021

/s/ Shelley K. Abel
Shelley K. Abel
U.S. Bankruptcy Administrator
U.S. Bankruptcy Administrator's Office
NC State Bar # 34370
402 West Trade Street, Suite 200
Charlotte, NC 28202-1669
Tel: (704) 350-7587 Fax: (704) 344-6666
Shelley_Abel@ncwba.uscourts.gov