| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Karen Sue Blum<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6216<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 18–30325 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- A. Burton Shuford is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- The chapter 7 case of the above named debtor is closed.

Dated: June 15, 2021
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (6/15/21)