United States Bankruptcy Court

Western District of North Carolina

| | |
|---|---|
| In re: | Case No. 18-30325-jcw |
| Karen Sue Blum | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0419-3 | User: AutoDkt | Page 1 of 2 |
| Date Rcvd: Jun 15, 2021 | Form ID: 150 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Karen Sue Blum, 12333 Sandringham Place, Charlotte, NC 28262-0419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A. Burton Shuford | bshuford@abshuford.com<br>noticesonlynothingelse@gmail.com;abs@trustesolutions.net;aburtonshufordattorneyatlaw@jubileebk.net;sblack@abshuford.com |
| A. Burton Shuford | on behalf of Trustee A. Burton Shuford bshuford@abshuford.com  noticesonlynothingelse@gmail.com;sblack@abshuford.com |
| A. Burton Shuford | on behalf of Plaintiff A. Burton Shuford  Chapter 7 Trustee bshuford@abshuford.com,<br>noticesonlynothingelse@gmail.com;abs@trustesolutions.net;aburtonshufordattorneyatlaw@jubileebk.net;sblack@abshuford.com |
| A. Burton Shuford | on behalf of Plaintiff A. Burton Shuford bshuford@abshuford.com  noticesonlynothingelse@gmail.com;sblack@abshuford.com |
| David R. Badger | on behalf of Creditor Gerald Kingsley davebadger@badgerlawnc.com<br>cmecfnoticesonly@gmail.com;r49231@notify.bestcase.com |

District/off: 0419-3     User: AutoDkt     Page 2 of 2

Date Rcvd: Jun 15, 2021     Form ID: 150     Total Noticed: 1

Edward P. Bowers
   ebowers@mbcpafirm.com

U.S. Bankruptcy Administrator Office
   alexandria_p_kenny@ncwba.uscourts.gov  ba_desk@ncwba.uscourts.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Karen Sue Blum<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6216<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Western District of North Carolina | |
| Case number: | 18–30325 | |

# FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

- ♦ A. Burton Shuford is discharged as trustee of the estate of the above named debtor and the bond is cancelled.
- ♦ The chapter 7 case of the above named debtor is closed.

Dated: June 15, 2021
BY THE COURT


J. Craig Whitley

United States Bankruptcy Judge


Electronically filed and signed (6/15/21)